**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINIOS**

- - - - - - - -

| | | |
|---|---|---|
| PIPP MOBILE STORAGE SYSTEMS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 21-cv-02104 |
| v. | ) | |
| | ) | Hon. Sara L. Ellis |
| INNOVATIVE GROWERS EQUIPMENT, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S LR 3.2 NOTIFICATION OF AFFILIATES**

Pursuant to Local Rule 3.2, Plaintiff, Pipp Mobile Storage Systems, Inc., states that it has no publicly held affiliates.

Dated: April 19, 2021

     /s/ *Gregory P. Casimer*
Gregory P. Casimer
IARDC # 6257750
Thorelli & Associates
Three First National Plaza
70 West Madison Street, Suite 5750
Chicago, Illinois 60602
(312) 357-0300
greg@thorelli.com
Attorneys for Plaintiff
Pipp Mobile Storage Systems, Inc.

**Of Counsel:**
Terence J. Linn
Karl Ondersma
Bryce Whitworth

Gardner, Linn, Burkhart &
Ondersma LLP
2900 Charlevoix Drive SE, Suite 300
Grand Rapids, Michigan 49546
(616) 975-5500
linn@gardner-linn.com
ondersma@gardner-linn.com
whitworth@gardner-linn.com
Attorneys for Plaintiff Pipp Mobile
Storage Systems, Inc.