IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Pipp Mobile Storage Systems, Inc.,

Plaintiff(s),

v.

Innovative Growers Equipment, Inc.,

Defendant(s).

Case No. 21-cv-2104
Judge Sara L. Ellis

# **ORDER**

Motions for leave to appear pro hac vice [7], [8] are granted.

Date: 4/27/2021

/s/ Sara L. Ellis