# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Pipp Mobile Storage Systems, Inc. ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> Innovative Growers Equipment, Inc. ) <br> ) <br> Defendant(s). ) <br> ) | Case No.: 1:21-cv-2104 <br> Judge: Sara L. Ellis |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that Defendant, Innovative Growers Equipment, Inc. ("IGE"), has filed ***Innovative Growers Equipment, Inc.'s Partial Motion to Dismiss Claims for Past Damages for Non-Compliance with 35 U.S.C § 287*** a copy of which accompanies this notice. Defendant will present the motion telephonically or in person before the Honorable Sara L. Ellis in Courtroom 1403 in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois at the direction of the Court.

        Respectfully submitted,

        **INNOVATIVE GROWERS EQUIPMENT, INC.**

        By:    /s/ Brian R. Michalek
                One of Its Attorneys

Brian R. Michalek (Brian.Michalek@saul.com)
Casey T. Grabenstein (Casey.Grabenstein@saul.com
SAUL EWING ARNSTEIN & LEHR LLP
161 North Clark Street, Suite 4200
Chicago, Illinois 60601
(312) 876-7100

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on June 24, 2021, he caused the within **Notice of Motion** to be filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

                                                                /s/ Brian R. Michalek