# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Pipp Mobile Storage Systems, Inc.

                        Plaintiff,

v.                                                      Case No.: 1:21−cv−02104

                                                                        Honorable Sara L. Ellis

Innovative Growers Equipment, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 4, 2021:

       MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 8/4/2021. Joint motion on Plaintiff Pipp's motion to compel initial disclosures by Defendant compliant with LPR 2.1.(b) [20] is granted in part and denied in part. Defendant to provide manuals and marketing materials for original product and affidavit as described on record. Parties agree that affidavit will not be used to show infringement or knowledge of infringement. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.