# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Pipp Mobile Storage Systems, Inc.
            Plaintiff,

v.                    Case No.: 1:21−cv−02104
                   Honorable Sara L. Ellis

Innovative Growers Equipment, Inc.
             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2022:

  MINUTE entry before the Honorable Sara L. Ellis: Telephone motion hearing held on 11/8/2022. Briefing schedule on motion: Plaintiff's response is due 11/15/22 and Defendant's reply 11/22/22. Next status date set for 12/6/22 at 9:30 a.m. for ruling on motion to stay and motion for leave to amend. Members of the public and media will be able to call in to listen to this hearing. The call−in number is (866) 434−5269 and the access code is 8087837. Counsel of record will receive an email with instructions to join the call. Throughout the telephonic hearing, each speaker will be expected to identify themselves for the record before speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. No appearance required on 11/10/2022. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.