**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Pipp Mobile Storage Systems, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:21-cv-02104 |
| v. | ) | |
| | ) | Judge Sara L. Ellis |
| Innovative Growers Equipment, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF MOTION**

     **PLEASE TAKE NOTICE** that on Thursday, November 17, 2022 at 1:45 p.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Sara L. Ellis, or any judge sitting in her stead, in Room 1403 at 219 South Dearborn Street, Chicago, Illinois 60604, and shall present Plaintiff Pipp Mobile Storage Systems, Inc. Unopposed Motion for Leave to File Excerpts of Brief and Exhibits Accompanying Opposition to Defendant's Motion to Stay Pending *Inter Partes* Review Under Seal, a copy of which is attached and hereby served upon you.

Dated: November 15, 2022

                                                      Respectfully submitted,
                                                      Plaintiff Pipp Mobile Storage Systems, Inc.
                                                      By: /s/ Terence J. Linn

                                                      Terence J. Linn (linn@gardner-linn.com)
                                                      Karl T. Ondersma (ondersma@gardner-linn.com)
                                                      Gardner, Linn, Burkhart & Ondersma LLP
                                                      2900 Charlevoix Drive SE, Suite 300
                                                      Grand Rapids, Michigan 49546
                                                      (616) 975-5500

                                                      Gregory P. Casimer (greg@thorelli.com)
                                                      IARDC # 6257750
                                                      Thorelli & Associates
                                                      Three First National Plaza
                                                      70 West Madison Street, Suite 5750
                                                      Chicago, Illinois 60602
                                                      (312) 357-0300
                                                      *Attorneys for Plaintiff Pipp Mobile Storage*
                                                      *Systems, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document was served on all parties who have appeared in this case on November 15, 2022 and who are deemed to have consented to electronic service via the Court's CM/ECF system.

/s/ Terence J. Linn

**CERTIFICATION OF CONFERENCE**

Pursuant to Local Rule 37.2, the undersigned hereby certifies that counsel for Plaintiff met and conferred with counsel for Defendant via email communication on November 11, 2022. Counsel for Defendant indicated that Defendant does not opposed this motion.

/s/ Terence J. Linn